# Exhibit A

From: Blue Point[bluepointsol@gmail.com]
Sent: 17 Aug 2018 03:02 PM
To: brandprotection@mm-otterbox.com
Cc: Dustin Hecker[dhecker@pbl.com]
Subject: Fwd: Notice: Policy Warning

Hi,

As you are well aware, Amazon requires you to provide proof that your claims are accurate. If you have proof that the goods are not authentic, which seems impossible, please provide it ASAP. Otherwise, immediately contact Amazon to retract your complaint and provide a copy of the retraction communication.

As you know, complaints such as you made interfere with my our ability to conduct its business with Amazon, leading to the loss of revenues. These losses extend beyond merely the loss of revenues from the sale of Otterbox products. Please act promptly to minimize Bluepoint's and therefore your own losses.

We purchase products, only from direct distribution sources, thus making it impossible to be selling counterfeit products.

Furthermore, you have made the below statements when filing these claims:

**Statements**

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

We will under the law, and to the fullest extent as the law provides us the ability, prosecute you for these false statements.

My attorney information is below:

Dustin Hecker



Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617.973.6131
617.722.4927 fax
www.pbl.com

I look forward to a simple and quick resolution.

BluePoint