William D. Kloss, Jr. (Ohio Bar No. 0040854)
    *Admitted pro hac vice*
Tyler B. Pensyl (Ohio Bar. No. 0080649)
    *Admitted pro hac vice*
Arryn K. Miner (Ohio Bar No. 0093909)
    *Admitted pro hac vice*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-6360
Facsimile: (614) 719-4807
Email: wdklossjr@vorys.com
       tbpensyl@vorys.com
       akminer@vorys.com

Michael Lee
Lee Law PLLC
579 Fifth Avenue, 14th Floor
New York, NY 10017
Phone: (212) 621-8239
Email: michael@leelawservices.com

*Attorneys for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE POINT SOLUTIONS NY LLC, MATKAL LLC, YOSEF YOSSI ZAKLIKOWSKI, and JOHN DOES 1-10, individually or as corporate/business entities, <br><br> Defendants. | Case No. 2:18-cv-05969-RRM-GRB <br><br><br> **JUDGE ROSLYNN R. MAUSKOPF** |

| |
|---|
| BLUEPOINT SOLUTIONS NY LLC and MATKAL LLC, |
| Counterclaim Plaintiffs, |
| v. |
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC. (d/b/a LIFEPROOF), |
| Counterclaim Defendants. |

## STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. and Defendants Blue Point Solutions NY LLC, Matkal LLC, and Yosef Zaklikowski hereby stipulate that all claims and counterclaims in this action are dismissed <u>with</u> prejudice, with each party bearing its own costs.

Dated this 18th day of June 2019.

| | |
|---|---|
| *s/Arryn K. Miner* | *s/Dustin F. Hecker* |
| William D. Kloss, Jr. (Ohio Bar No. 0040854) | Dustin F. Hecker (pro hac vice) |
| Tyler B. Pensyl (Ohio Bar. No. 0080649) | Arent Fox LLP |
| Arryn K. Miner (Ohio Bar No. 0093909) | 800 Boylston Street, 32nd Floor |
| Vorys, Sater, Seymour and Pease LLP | Boston, Massachusetts 02199 |
| 52 East Gay Street | Phone: (617) 973-6131 |
| Columbus, Ohio 43216 | Email: dustin.hecker@arentfox.com |
| Phone: (614) 464-6334 | |
| Facsimile: (614) 719-5072 | David A. Yearwood |
| Email: wdklossjr@vorys.com | Arent Fox LLP |
|      tbpensyl@vorys.com | 1301 Avenue of the Americas |
|      akminer@vorys.com | New York, NY 10019 |
| | Email: david.yearwood@arentfox.com |
| Michael Lee | |
| Lee Law PLLC | |

579 Fifth Avenue, 14th Floor
New York, NY 10017
Phone: (212) 621-8239
Email: michael@leelawservices.com

*Counsel for Plaintiffs Otter Products, LLC
and TreeFrog Developments, Inc.*

*Counsel for Defendants Blue Point Solutions
NY LLC, Matkal LLC, and Yosef Zaklikowski*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court on June 18, 2019. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                              *s/Arryn K. Miner*
                                              Arryn K. Miner